I would affirm the summary judgment in its entirety for both the City and Griffin. The trial court entered a summary judgment for the City and Griffin several months after they had filed their summary-judgment motion. Luckie did not file a response to the summary-judgment motion; instead, after the motion was granted, she filed a motion to set aside the summary judgment and argued that she had not completed discovery. See Rule 56(f), Ala.R.Civ.P. The supreme court has held that one opposing a summary-judgment motion on the basis that discovery is incomplete must file a response. Ex parte Wal-Mart Stores, Inc.,689 So.2d 60 (Ala. 1997). Luckie did not respond to the summary-judgment motion until after the trial court had ruled on it; therefore, I would affirm the summary judgment.
Thompson, J., concurs.